# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Howard E. Brent,** | : | |
| Plaintiff, | : | Case No. 2:09CV654 |
| v. | : | Judge Marbley |
| **Columbia Gas of Ohio,** | : | |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Howard E. Brent and Defendant Columbia Gas of Ohio, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal, with prejudice, of this action with each party bearing their own costs. The Parties request that the Court approve this Stipulation and that the Clerk close this case.

**APPROVED:**

_____
Algenon L. Marbley
United States District Judge

s/Laren E. Knoll
Laren E. Knoll, Esq. (0070594)
Willis & Willis Co, LPA
4653 Trueman Blvd, Suite 100
Hilliard, Ohio 43026
Telephone: 614-586-7900
Facsimile: 614-586-7901
Email: lknoll@willislaw.biz
*Trial Attorney for Plaintiff*

s/Diane C. Reichwein (per email authority)
Diane C. Reichwein (0023140)
Porter, Wright, Morris & Arthur, LLP
41 South High Street
Columbus, Ohio 43215
Telephone: 614-227-1952
Facsimile: 614-227-2100
Email: dreichwein@porterwright.com
*Trial Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically with the Court this 19th day of January 2011. Counsel will be notified via the Court's electronic notification system.

                                          s/Laren Knoll
                                          Laren E. Knoll, Esq.
                                          WILLIS & WILLIS, CO., LPA
                                          *Trial Attorney for Plaintiff*